**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
The Stonehill Company LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
Stonehill Builders, LLC

**3. Debtor's federal Employer Identification Number (EIN)**  
46-0473198

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6300 Omland Pl<br>Haymarket, VA 20169-2505<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Prince William<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
_____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **The Stonehill Company LLC** _____ Case number (*if known*) _____

Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__**2361**__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **The Stonehill Company LLC**     Case number (*if known*)
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
   Contact name
   Phone

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **The Stonehill Company LLC** _____ Case number (*if known*)_____
    <sub>Name</sub>

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor **The Stonehill Company LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 8, 2023**
MM / DD / YYYY

X **/s/ Gregory E. Dempsey**                                   **Gregory E. Dempsey**
Signature of authorized representative of debtor              Printed name

Title  **Owner**

**18. Signature of attorney**

X **/s/ John P. Goetz**                                        Date **December 8, 2023**
Signature of attorney for debtor                               MM / DD / YYYY

**John P. Goetz 78514**
Printed name

**John Goetz Law, PLC**
Firm name

**86 West Shirley Avenue**
**Warrenton, VA 20186**
Number, Street, City, State & ZIP Code

Contact phone **540-359-6605**      Email address **docs@johngoetzlaw.com**

**78514 VA**
Bar number and State

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **The Stonehill Company LLC**  
Debtor(s)

Case No.  
Chapter **7**

## DESIGNATION OF AGENT

I hereby designate my attorney, whose signature, name, address, Bar No., telephone and fax numbers are set forth below, as my agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Bankruptcy Rule 7004(b)(8), in this Court arising in this case. This designation shall expire the 60th day after the latest of the following dates which may be applicable in this case: entry of Discharge of Debtor, the last date permitted for filing complaints objecting to discharge under 11 U.S.C. § 727 or dischargeability of debts under 11 U.S.C. § 523, or the date an order of confirmation of a Chapter 11 or Chapter 12 plan is entered.

**December 8, 2023**  
Date

**/s/ Gregory E. Dempsey**  
Debtor/Title:  
**Gregory E. Dempsey/Owner**

Date

Co-Debtor:

**/s/ John P. Goetz**  
Attorney Signature  
(Type Attorney Name, Address, Phone and Bar Number Below)  
**John P. Goetz 78514**  
**John Goetz Law, PLC**  
**86 West Shirley Avenue**  
**Warrenton, VA 20186**  
**540-359-6605 Fax: 540-359-6610**  
**docs@johngoetzlaw.com**  
**Bar Number: 78514 VA**

```
Accent Millworks
1195 International Pkwy, #111
Fredericksburg, VA 22406


American Express
P.O. Box 650448
Dallas, TX 75265-0448


An Exterior
14522-C Lee Rd.
Chantilly, VA 20151


Buliding Supply of Manassas
9412 Stonewall Rd.
Manassas, VA 20110


CAC Construction Group LLC
4800 Green Valley Rd.
Monrovia, MD 21770


Cameron McEvoy PLLC
4100 Monument Corner Dr
Ste. 420
Fairfax, VA 22030


Capital Building Supply, Inc.
7595 Capitol Way
Marshall, VA 20115


Carpet House
10822 Patriot Hwy.
Fredericksburg, VA 22408


Davenport Insulation
7400 Gateway Ct.
Manassas, VA 20109


Dominion Energy Virginia
P.O. Box 26543
Richmond, VA 23290-0001


Fauquier County Circuit Court
29 Ashby Street
Warrenton, VA 20186
```

```
G & T Wood Products, Inc.
1904 Betson Ct.
Odenton, MD 21113


Gary Dempsey
14970 Alpine Bay Loop
Gainesville, VA 20155


Greg Dempsey
6300 Omland Pl.
Haymarket, VA 20169


Gregory Dempsey
6300 Ormand Pl.
Haymarket, VA 20169


Gregory Dempsey
6300 Ormand Pl
Haymarket, VA 20169


Harris Electric Company
7151 Gateway Ct.
Manassas, VA 20109


Hyland Law PLLC
1818 Library St.
Reston, VA 20190


JPS Law
1900 Gallows Rd., #220
Vienna, VA 22182


Mechanical Electrical Plumbing
c/o Alex Heidt, Esq.
11230 Waples Mill Rd., Ste 105
Fairfax, VA 22030


Meridian Land Holdings, LLC
c/o Marc C. Navanti, Esq.
13811 Village Mill Dr.
Midlothian, VA 23114


Newport Concrete
10123 Residency Rd.
Manassas, VA 20110
```

Northern Va. Well Drilling
11356 Industrial Rd.
Manassas, VA 20109

NOVEC
10323 Lomond Drive
Manassas, VA 20109

Old Church Estates
c/o Tina M. Maiolo, Esq.
2000 Pennsylvania Ave NW, 8001
Washington, DC 20006

Prince William Circuit Court
Clerk of the Court
9311 Lee Avenue
Manassas, VA 20110

Prince William County GDC
9311 Lee Avenue
Suite 230
Manassas, VA 20110-5586

Prince William Garage Door
9049 Liberia Ave.
Manassas, VA 20110

Rapid Finance
4500 East West Hwy
Bethesda, MD 20814

Rayco Masonry, Inc.
11322 Barnes Rd.
Springfield, VA 22152

RC Hawkins Construction
P.O. Box 22
Catlett, VA 20119

Rentals Unlimited
44783 Old Ox Rd.
Sterling, VA 20166

```
RH Electric
6775 Blackwell Rd.
Warrenton, VA 20187


Robert M. Feucht
c/o Mark P. Friedlander, Jr.
1364 Beverly Rd.
Mc Lean, VA 22101


Sean and Lindsay Hess
8189 Summerfield Hills Dr.
Warrenton, VA 20186


Summit Roofing Contrators, Inc
13042 Balls Ford Rd.
Manassas, VA 20109


Tammy D. Hartzler, et al
c/o Brian S. Szmak, Esq.
3900 Jermantown Rd., #220
Fairfax, VA 22030


THD/CBNA
P.O. Box 6497
Sioux Falls, SD 57117


The Lester Group Inc.
P.O. Box 4991
Martinsville, VA 24115


Top Notch Remodeling
6706 Rolling Rd.
Springfield, VA 22152


William H Metcalfe & Sons, Inc
P.O. Box 159
Clinton, MD 20735
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **The Stonehill Company LLC**                                    Case No.
Debtor(s)                                                                Chapter   **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The Stonehill Company LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  8, 2023**
Date

**/s/ John P. Goetz**
**John P. Goetz 78514**
Signature of Attorney or Litigant
Counsel for   **The Stonehill Company LLC**
**John Goetz Law, PLC**
**86 West Shirley Avenue**
**Warrenton, VA 20186**
**540-359-6605 Fax:540-359-6610**
**docs@johngoetzlaw.com**